IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                      4:00CR00224-01-WRW

CHAVARIAN AVERY

<u>AMENDED AND SUBSTITUTED</u>
<u>JUDGMENT AND COMMITMENT</u>

    The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant.  Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

    IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

    It is further ordered that the defendant be committed to the custody of the Bureau of Prisons for imprisonment for a term of six (6) months.  The defendant is to participate in nonresidential or residential substance abuse treatment during incarceration.  The Court recommends the defendant be placed at the federal correctional facility in Forrest City, Arkansas.  Mr. Avery is to report to the United States Marshal's Office in Little Rock, Arkansas, by 2:00 p.m. on Tuesday, July 18, 2006, to be transported to the designated Bureau of Prisons.  There is no term of supervised release following incarceration.

    IT IS SO ORDERED this 10th day of July, 2006.

                                             /s/ Wm. R.Wilson,Jr.
                                    UNITED STATES DISTRICT JUDGE

supvrl2.wpd